1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11  FRANCISCO GARCIA,                  Case No. 2:20-cv-08528-JVS-KES
12           Plaintiff,
13       v.                            ORDER ACCEPTING FINAL REPORT
                                       AND RECOMMENDATION OF U.S.
14  LOS ANGELES COUNTY, et al.,        MAGISTRATE JUDGE
15           Defendants.
16
17
18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the
19  records and files herein, along with the Final Report and Recommendation of the
20  United States Magistrate Judge. Further, the Court has engaged in a de novo
21  review of those portions of the original Report and Recommendation (Dkt. 29) to
22  which objections (Dkt. 37) have been made. The Court accepts the findings,
23  conclusions, and recommendations of the United States Magistrate Judge.
24       IT IS THEREFORE ORDERED that all of Plaintiff's claims are dismissed
25  without leave to amend except for his:
26       a. Plaintiff's Section 1983 First Amendment "right of access to courts"
27          claim against Defendants Peralta and Yhamel based on confiscation and
28

       destruction of legal papers; and

       b.  His Bane Act claim against Defendants Peralta and Yhamel based upon the same.

DATED: November 18, 2021

*James V. Selna*
James V. Selna
UNITED STATES DISTRICT JUDGE

2