JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>        Defendants. | Case No. 2:20-cv-08528-JVS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Defendants are entitled to judgment on the pleadings, and this action is dismissed with prejudice.

DATED:  July 19, 2023      _____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE